# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHAUNCEY DION MARTIN,** | ) NO. EDCV 16-1702-AG (KS) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| **JOE A. LIZARRAGA, Warden,** | ) |
| Respondent. | ) |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: August 31, 2017

ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE